UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-3121 CAS (CWx) | Date | May 17, 2012 |
|---|---|---|---|
| Title | PAYAM PIROOZMEHR v. ZALE DELAWARE, INC., ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | N/A | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**     **(In Chambers:) ORDER REMANDING ACTION TO LOS ANGELES COUNTY SUPERIOR COURT**

JS-6

**I.   INTRODUCTION**

On April 24, 2012, the Court issued an order to show cause in the above-captioned complaint regarding why the action should not be remanded for lack of subject matter jurisdiction.  Dkt. No. 9.  On May 14, 2012, defendants filed a response, stating that defendants do not contest the remand issue.  Dkt. No. 10.  Accordingly, the case is hereby REMANDED to Los Angeles County Superior Court.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | IM | | |